ANN K. JOHNSTON (SBN 145022)
ajohnston@bergerkahn.com
TED A. SMITH (SBN 159986)
tsmith@bergerkahn.com
BERGER KAHN
A Law Corporation
300 Tamal Plaza, Suite 215
Corte Madera, CA 94925
Tel: (415) 891-3321 • Fax: (415) 891-3322

Attorneys for Defendant
SENTINEL INSURANCE COMPANY, LTD.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC RIM DESIGN & DEVELOPMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation, and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-00947-TLN-CMK<br><br>**STIPULATION AND ORDER TO CONTINUE THE FACT DISCOVERY CUTOFF**<br><br>DATE ACTION FILED: 4/5/2017<br>TRIAL DATE: 2/25/2019 |

Pursuant to Eastern District of California L.R. 143 and L.R. 144, Plaintiff and Defendant hereby stipulate to continue the fact discovery cutoff from March 30, 2018 to May 11, 2018.

2. The parties have been in discussions to schedule depositions in this matter. In order to accommodate the scheduling the parties agree to a one-month continuance of the fact discovery cutoff.

3. No other continuances have been requested.

1

Stipulation and Order
to Continue Discovery Cutoff

Case No.: 2:17-cv-00947-TLN-CMK

BERGER KAHN
*A Law Corporation*
300 Tamal Plaza, Suite 215
Corte Madera, CA 94925

4. There are several depositions currently noticed by both parties that the parties are working cooperatively to schedule. However, because of plaintiff's counsel's scheduled trials on April 16, 2018 and May 21, 2018 the parties have had difficulty coordinating availability.

5. In addition, Sentinel will be producing additional documents to plaintiff on March 14, 2018 in response to document demands and an extension of time granted to respond to same.

6. Plaintiff has discovery responses, including documents, due to defendant on March 21, 2018.

7. Defendant will be amending its answer to assert a defense for fraud and misrepresentation in the presentation of plaintiff's claim based on recent discovery and deposition testimony.

8. Trial is currently scheduled for February 25, 2019.

9. No other dates will be affected by continuing the fact discovery cutoff from March 30, 2018 to May 11, 2018.

7. Good cause exists for extending the fact discovery deadline by a little over one month to accommodate the above-referenced proposed depositions and written discovery because the parties have diligently worked to complete discovery within the cutoff, but the witnesses' schedules and counsel's schedules do not permit all depositions and discovery to be completed by May 11, 2018.

DATED: March 12, 2018

SHERNOFF BIDART ECHEVERRIA BENTLEY LLP

By: /s/*Travis M. Corby*
Travis M. Corby
(as authorized on 3/12/18)
Attorneys for Plaintiff
Pacific Rim Design & Development, Inc.

DATED: March 12, 2018

BERGER KAHN
A Law Corporation

By: /s/*Ann K. Johnston*
Ann K. Johnston
Attorneys for Defendant
Sentinel Insurance Company

2

Stipulation and Order
to Continue Discovery Cutoff

Case No.: 2:17-cv-00947-TLN-CMK

**IT IS SO ORDERED.**

Dated: March 15, 2018

_(signature)_
Troy L. Nunley
United States District Judge